**FILED**
August 22, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STEVE LOPEZ, ) <br> ) <br> Defendant. ) | Case No. MAG. 08-0283 KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>STEVE LOPEZ</u>, Case No. <u>MAG. 08-0283 KJM</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_  Release on Personal Recognizance

X  Bail Posted in the Sum of $ <u>150,000.00  Secured by property posted with the court.</u>

X  Unsecured Appearance Bond <u>Co-signed by mother, aunt & grandfather pending posting of property w/i 2weeks.</u>

\_\_  Appearance Bond with 10% Deposit

\_\_  Appearance Bond with Surety

\_\_  Corporate Surety Bail Bond

X  (Other) <u>Pretrial Services Supervision of conditions.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 22, 2008 at 2:20 pm.

By <u>Dale A. Drozd</u>
Dale A. Drozd
United States Magistrate Judge