DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**STEVE LOPEZ**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-CR-392 GEB |
| Plaintiff, | REQUEST FOR EXTENSION OF TIME TO PROVIDE REAL PROPERTY SECURITY AND ORDER |
| vs. | |
| STEVE LOPEZ, | DATE: September 4, 2008
JUDGE: Hon. Gregory Hollows |
| Defendant. | |

It is requested by the defendant, Steve Lopez, by and through his attorney, Dan Koukol, that the Court allow the defendant additional time to complete the documentation necessary to provide real property security for the defendant's release.

This extension of time is being requested because the appraisal of the property is scheduled to occur on September 4, 2008 at 1:30 pm. It is also anticipated the title search will be completed no later than September 11, 2008.

//

//

//

//

-1-

It is requested that the court extend the deadline for providing the security from September 5, 2008 until September 19, 2008.

DATED: SEPTEMBER 4, 2008                    Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Steve Lopez

**IT IS SO ORDERED**

DATED: 09/08/08          /s/ Gregory G. Hollows
                         _____
                         GREGORY HOLLOWS
                         UNITED STATES MAGISTRATE JUDGE

Lopez.eot