DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**STEVE LOPEZ**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>STEVE LOPEZ,<br><br>    Defendant. | CASE NO. 08-CR-392 GEB<br><br>REQUEST FOR EXTENSION OF TIME TO PROVIDE REAL PROPERTY SECURITY AND ORDER<br><br>DATE: September 19, 2008<br>JUDGE: Hon. Gregory Hollows |

It is requested by the defendant, Steve Lopez, by and through his attorney, Dan Koukol, that the Court allow the defendant additional time to complete the documentation necessary to provide real property security for the defendant's release.

This extension of time is being requested because it appears the equity in the target property is substantially less than expected. Because of this, I contacted Mike Beckwith, the Assistant United States Attorney, and advised him of the situation. Mr. Beckwith told me that, due to the circumstances of this case, I could represent to the court that he will not object to the defendant's continued release secured by "whatever the equity is" in the target property. With this information I resumed the process of assembling the necessary documentation. I have not yet received the title report. I expect to have the report by September 24, 2008.

Mike Beckwith advised me that he did not object to my request for additional time to post the security.

It is requested that the court extend the deadline for providing the security from September 19, 2008 until October 3, 2008.

DATED: SEPTEMBER 19, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ DAN KOUKOL
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DAN KOUKOL
　　　　　　　　　　　　　　　　　Attorney for defendant Steve Lopez

**IT IS SO ORDERED**

DATED: 09/23/08　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　GREGORY HOLLOWS
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Lopez.ord