DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**STEVE LOPEZ**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-0392 GEB |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | JUDGE: Hon. Garland Burrell, Jr. |
| STEVE LOPEZ, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Mike Beckwith, Assistant U.S. Attorney, and defendant Steve Lopez, by and through his attorney, Dan Koukol, that the conditions of Defendant's pretrial release be modified to include the following:

- You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

//

//

//

//

-1-

1 //

2

3

4  DATED: FEBRUARY 26, 2010       Respectfully submitted,

5                                  /s/ DAN KOUKOL

6                                  _____
                                   DAN KOUKOL
                                   Attorney for defendant Steve Lopez
7

8  DATED: FEBRUARY 26, 2010       Respectfully submitted,

9

10                                 /s/ DAN KOUKOL FOR

11                                 _____
                                   Mike Beckwith
                                   Assistant U.S. Attorney
12

13 **IT IS SO ORDERED**

   DATED: 3/2/10
14                                 _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

-2-